UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

WILFREN CARBUCCIA,

Defendant.
---------------------------------------------------------X

ORDER

26-cr-307-7 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with David Stern, Wilfren Carbuccia's lead counsel, to appoint Jean Barrett as learned capital counsel for Mr. Carbuccia in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Jean Barrett is appointed as learned counsel for Mr. Carbuccia in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge